| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|  | United States Attorney |
| 2 | DAVID M. HARRIS |
|  | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| 4 | CEDINA M. KIM |
|  | Assistant United States Attorney |
| 5 | Senior Trial Attorney, Civil Division |
| 6 | MARGARET BRANICK-ABILLA, CSBN 223600 |
|  | Special Assistant United States Attorney |
| 7 |      Social Security Administration |
|  |      Office of the General Counsel |
| 8 |      Office of Program Litigation, Office 7 |
|  |      6401 Security Boulevard |
| 9 |      Baltimore, MD 21235 |
| 10 |      Telephone: (510) 970-4809 |
|  |      Email: Margaret.Branick-Abilla@SSA.gov |
| 11 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANA MARIA LOPEZ, | ) | No. 2:21-cv-07559-ADS |
|  | ) | |
| Plaintiff, | ) | **ORDER** |
|  | ) | |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $6,350.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: 02/24/2023          /s/ Autumn D. Spaeth
                           HON. AUTUMN D. SPAETH
                           UNITED STATES MAGISTRATE JUDGE